E-FILED: 5/15/2015

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H. ROBINSON INTERNATIONAL, INC., d/b/a C.H. ROBINSON FREIGHT SERVICES LTD. and CRISTAL LINES and f/k/a PHOENIX INTERNATIONAL FREIGHT SERVICES, LTD., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>BURLINGTON NORTHERN SANTA FE, LLC and BNSF RAILWAY COMPANY, <br><br>　　　　Defendants. | CASE: CV-14-03677 PSG (JEMx) <br><br>[HON. JUDGE PHILIP S. GUTIERREZ] <br><br>~~[PROPOSED]~~ JUDGMENT |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered the moving, opposition and reply papers and evidence submitted therewith in connection with defendant BNSF Railway Company's Motion for Summary Judgment or alternatively for Summary Adjudication of Issues, and having granted BNSF's motion in its entirety in its Order GRANTING Defendant's Motion for Summary Judgment dated May 14, 2015 (ECF#38), IT IS NOW THEREFORE ORDERED AND ADJUDGED that C.H. Robinson International, Inc. take nothing by this action, that C.H. Robinson International, Inc.'s First Amended Complaint against Defendant BNSF Railway Company be dismissed in its entirety with prejudice, and that BNSF Railway Company is entitled to recover its costs of suit herein.

**JUDGMENT IS SO DECREED.**

Dated: 5/15/2015   By: PHILIP S. GUTIERREZ
HONORABLE JUDGE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES, CALIFORNIA